# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1080**
**TP 11-01010**
PRESENT: SMITH, J.P., CARNI, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

IN THE MATTER OF GROVE ROOFING SERVICES, INC.,
PETITIONER-RESPONDENT,

V                                                    ORDER

NEW YORK STATE DIVISION OF HUMAN RIGHTS, ON THE
COMPLAINT OF LAROSA CARSON, RESPONDENT-PETITIONER,
LAROSA CARSON AND ROBERT EMBOW, INDIVIDUALLY,
RESPONDENTS.

---

JOHN P. PIERI, BUFFALO, FOR PETITIONER-RESPONDENT AND RESPONDENT
ROBERT EMBOW, INDIVIDUALLY.

CAROLINE J. DOWNEY, BRONX (TONI ANN HOLLIFIELD OF COUNSEL), FOR
RESPONDENT-PETITIONER.

---

Proceeding pursuant to Executive Law § 298 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Tracey A. Bannister, J.], entered April 18, 2011) to review a determination of respondent-petitioner New York State Division of Human Rights. The determination found that petitioner-respondent unlawfully discriminated against respondent LaRosa Carson on the basis of race and awarded her $50,000 for mental anguish and humiliation.

It is hereby ORDERED that the determination is unanimously confirmed without costs, the petition is dismissed, the cross petition is granted, and petitioner-respondent is directed to pay respondent LaRosa Carson the sum of $50,000, together with interest at the rate of 9% per annum, commencing July 23, 2010.

Entered:  November 10, 2011                    Patricia L. Morgan
                                               Clerk of the Court